**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| William Sagmiller, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SCHEDULING STATUS** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Catholic Diocese of Bismarck, | ) | |
| Bishop Paul A. Zipfel | ) | |
| Saint Joseph Catholic Church | ) | |
| Saint Joseph Catholic School | ) | |
| Sisters of Saint Benedict, osb, | ) | |
| Father A.J. Galowitsch | ) | |
| Father Frank | ) | |
| | ) | Case No.:  1:09-cv-081 |
| Defendants. | ) | |

The court shall hold a telephonic status conference in the above-entitled action on March 4, 2010, at 11:00 a.m. CST.  The court shall initiate the conference call.  Prior to the conference, Plaintiff is instructed to provide the court with a telephone number at which he may be reached.

**IT IS SO ORDERED.**

Dated this 17th day of February, 2010.

                                        */s/  Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr.
                                        United States Magistrate Judge