**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| William Sagmiller, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Catholic Diocese of Bismarck, et. al. | ) | |
| | ) | Case No.: 1:09-cv-081 |
| Defendants. | ) | |

_____

The Rule 16(b) initial pretrial scheduling/discovery conference set for April 7, 2010, shall be rescheduled for April 8, 2010, at 10:00 a.m. CDT. The scheduling conference will held by telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2010.


/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge